AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MARIANNE FULLOVE, AN INDIVIDUAL <br><br> *Plaintiff(s)* <br> v. <br><br> SHALUINN FULLOVE, INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES, <br><br> *Defendant(s)* | Civil Action No. 4:24-cv-02616  AGT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHALUINN FULLOVE INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES 343 KELLOGG AVENUE, PALO ALTO, CALIFORNIA 94301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 5/3/2024    *Felicia Brown*    Felicia Brown

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:24-cv-02616 AGT

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **SHALUINN FULLOVE, INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES**

**was received by me on May 3, 2024**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at   on

☑ I left the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS at 343 Kellogg Avenue, Palo Alto, CA 94301 with "John Doe" (Male, Mixed Race, 40 yrs, 6'0", 190 lbs, Bald), Co-Occupant, a person of suitable age and discretion who resides there, on *(date) May 13, 2024*, and mailed a copy to the individual's last known address on *May 15, 2024*; or

☐ I served the ___ to ___, who is designated by law to accept service of process on behalf of ___ on ___ ; or

☐ other *(specify):*

*My fees are $ for travel and $ for services, for a total of $ 203.75*

*I declare under penalty of perjury that this information is true.*

Date: **5/17/2024**

*Server's signature*

**Donald Schlipp**
*Printed name and title*
Ace Attorney Service, Inc.
800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017
Phone: (213) 623-3979 / Fax: (213) 623-7527
Registration No.: 496 / County: San Mateo
*Server's Address*

Additional information regarding attempted service, etc.:

MARIANNE FULLOVE, AN INDIVIDUAL vs SHALUINN FULLOVE, INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES

A0440-2316468

# DECLARATION OF DILIGENCE

CASE NAME:  **MARIANNE FULLOVE, AN INDIVIDUAL**
v.
**SHALUINN FULLOVE, INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES**

CASE NUMBER:  **4:24-cv-02616 AGT**

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on May 3, 2024 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Name: **SHALUINN FULLOVE, INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES**

1st Address: **343 Kellogg Avenue
Palo Alto, CA 94301**

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|---|---|---|---|
| 5/8/2024 | 10:10 AM | Donald Kaul | I arrived at the address given for service of process. The address corresponds to a residence. I knocked on the door and could hear a dog barking from inside but there was no answer. I waited for several minutes but no activity was detected. |
| 5/9/2024 | 8:50 PM | Donald Kaul | I arrived at the address given for service of process. I spoke to a woman through the door who stated I had the wrong address. I asked for the subject but refused to answer any questions. I was unsure if she was telling me the truth. No further information was provided. |
| 5/13/2024 | 7:25 PM | Donald Kaul | I arrived at the address given for service of process. I spoke to an occupant who stated the subject was not in. As such, I performed substituted service upon "John Doe" (Male, Mixed Race, 40 yrs, 6'0", 190 lbs, Bald), Co-Occupant on behalf of SHALUINN FULLOVE, INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES. |

Continued on next page
Page 1

## DECLARATION OF DILIGENCE

CASENAME: **MARIANNE FULLOVE, AN INDIVIDUAL**

v.

**SHALUINN FULLOVE, INDIVIDUALLY AND AS TRUSTEE OF THE FULLOVE LIVING TRUST AND/OR FICTIONAL INDIVIDUALS AND ENTITIES**

CASE NUMBER: 4:24-cv-02616 AGT

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2024 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 South Figueroa Street
Suite 900
Los Angeles, CA 90017
(213) 623-3979

_____
Donald Kaul

Page 2

Order#: 2316468/SDPROOF