UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE FULLOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>SHALUINN FULLOVE,<br><br>    Defendant. | Case No. 24-cv-02616-JSW<br><br>**ORDER TO SHOW CAUSE;<br>REQUIRING REDLINE OF MOTION<br>FOR WRIT OF ATTACHMENT**<br><br>Re: Dkt. No. 47, 69 |

    The Court has received Plaintiff Marianne Fullove's Notice of Withdrawal of her Motion for Writ of Attachment and her subsequently filed Motion for Writ of Attachment. (Dkt. Nos. 47, 69.) The Court previously struck Plaintiff's first Motion for Writ of Attachment for exceeding the Court's page limitations. (Dkt. Nos. 39, 40.)

    Pursuant to Civil Local Rule 7-7(e), Plaintiff has the right to withdraw her motion within the time for filing and serving a reply. However, the need for a third attempt at a motion for writ of attachment is not apparent to the Court. Accordingly, the Court ORDERS Plaintiff to show cause why her filing is not duplicative or intended to waste resources.

    The Court further ORDERS Plaintiff to file a redline document comparing the Motions for Writ of Attachment filed at Docket Numbers 47 and 69. Plaintiff need not submit a redline of the attached exhibits. Plaintiff's filing is due by August 7, 2024.

    **IT IS SO ORDERED.**

Dated: August 5, 2024

_____
JEFFREY S. WHITE
United States District Judge